UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:13-cv-00177-MOC

| | |
|---|---|
| **MARLEEN W. ALLEN,** | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| **CAROLYN W. COLVIN, acting Commissioner of Social Security,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Review of the motion, the agreement of the parties, and the attachments to the motion reveals that the parties have agreed that counsel for plaintiff should be paid the sum of $3,700.00 (less offset, if any) for attorney fees, in full and final settlement of all claims due against the Social Security Administration. Independent of such agreement, the court has conducted a review of the time sheet submitted by counsel, recalls the quality of the briefing submitted by counsel, and has considered her experience in Social Security matters as presented on her firm's website as well as recalling other cases in which counsel has appeared, and finds that number of hours (@ 21) as well as the effective hourly rate (@ $175.00) for a fee totaling $3,700.00 is reasonable in this particular case and well in line with prevailing rates for legal representation in the Charlotte and Raleigh communities. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Attorney Fees Under EAJA (#18) is **GRANTED**, and the Commissioner of Social Security shall pay to plaintiff, the sum of $3,700.00 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d).

Signed: 2/18/2014

Max O. Cogburn Jr.
United States District Judge